IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                    Criminal Action No.
                                        19-00081-01-CR-W-DGK

ANTHONY L. ROBINSON,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Felon in Possession of Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
    Government: Mike Green
    Case Agent: Detective Jason Decker, KCPD
    Defense: Steve Moss & Brian Risely; Investigator Gina Slack will assist

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 8-10 with stipulations; 12-15 without stipulations
    Defense: 5-8 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: 20 exhibits
    Defense: up to 30 additional exhibits

**DEFENSES**:
    ( x ) defense of general denial
    (   ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( x ) Definitely for trial            (   ) Possibly for trial
    (   ) Motion to continue to be filed    (   ) Likely a plea will be worked out

**TRIAL TIME**: **2 ½ - 3 days**
    Government's case including jury selection: 1 ½ days
    Defense case:   1 day

**STIPULATIONS**:
    (  )   not likely
    (  )   not appropriate
    ( x )   likely as to:
        ( x )   chain of custody re: DNA exhibits
        (  )   chemist's reports
        ( x )   prior felony conviction
        ( x )   interstate nexus of firearm
        (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: March 6, 2023
    Defense: March 6, 2023
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: March 6, 2023
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: March 6, 2023

**TRIAL SETTING**: Criminal jury trial docket commencing March 20, 2023
    **Please note**:  *This case must be tried on the second week of the docket due to the availability of Defendant's expert witness.*

**OTHER**:
    (  )   A _____-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                       */s/ Jill A. Morris*
                                       JILL A. MORRIS
                                       United States Magistrate Judge